IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE**, a minor by her mother and natural guardian, **JAKLYN BROWN**, and **JAKLYN BROWN**, individually, | : : : : : | CIVIL ACTION NO. 1:19-CV-1027 (Judge Conner) |
| **Plaintiffs** | : : | |
| v. | : : | |
| **HARRISBURG SCHOOL DISTRICT** d/b/a **ROWLAND ACADEMY**, **J. PATRICK NEWTON**, in his individual and official capacity, **SYBIL KNIGHT-BURNEY**, in her individual and official capacity, minor **MH**; **IMANI CROWDER**, in her individual and official capacity, and **QUINTON COBB**, in his individual and official capacity, | : : : : : : : : : : : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 10th day of August, 2020, upon consideration of defendants' partial motion (Doc. 34) to dismiss plaintiffs' second amended complaint, and the parties' respective briefs in support of and opposition to said motion, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 34) to dismiss is GRANTED in part and DENIED in part as follows:

    a. Plaintiffs' Section 1983 claim against defendant Sybil Knight-Burney in her individual capacity is DISMISSED without prejudice.

    b. Plaintiffs' Section 1983 claims against all individual defendants in their official capacities are DISMISSED with prejudice.

      c.      Plaintiffs' intentional infliction of emotional distress claim and request for punitive damages against defendant Harrisburg School District are DISMISSED with prejudice.

      d.      Plaintiffs' intentional infliction of emotional distress claim against the individual defendants is DISMISSED without prejudice.

      e.      Defendants' motion (Doc. 34) is otherwise DENIED.

2. Plaintiffs are granted leave to file a third amended complaint within 21 days of the date of this order in accordance with the accompanying memorandum. In the absence of a timely filed amendment, this action shall proceed on the second amended complaint subject to the dismissals set forth at paragraph 1.

3. Plaintiffs' claims against minor defendant MH are deemed voluntarily WITHDRAWN and the Clerk of Court shall terminate MH as a party to this case. (See Doc. 33 ¶¶ 132, 141, 150, 211).

4. Defendants' deadline to respond to the second amended complaint under Federal Rule of Civil Procedure 12(a)(4) is DEFERRED for the duration of the 21-day amendment period set forth in paragraph 2 above.

5. On or before **Monday, August 31, 2020**, counsel shall meet and confer and submit to the court a joint proposed case management schedule in conformity with the court's attached trial term calendar.

                                      /S/ CHRISTOPHER C. CONNER
                                      Christopher C. Conner
                                      United States District Judge
                                        Middle District of Pennsylvania